FILED18 . 36 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00292-IM** |
| **v.** | **SUPERSEDING INDICTMENT** |
| **IAN JOSEPH McCARTHY,** | **18 U.S.C. § 111(a)(1);**<br>**18 U.S.C. § 1362; and**<br>**18 U.S.C. § 751(a)** |
| **Defendant.** | |

**<u>COUNT 1</u>**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did forcibly assault Victim Officer 1, a person designated in 18 U.S.C. § 1114, who was engaged in official duties, and said assault involved physical contact to Victim Officer 1;

In violation of Title 18, United States Code, Section 111(a)(1).

**<u>COUNT 2</u>**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did forcibly assault Victim Officer 2, a person designated in 18 U.S.C. § 1114, who was engaged in official duties, and said assault involved physical contact to Victim Officer 2;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3
**(Damage to Communication Lines)**
**(18 U.S.C. § 1362)**

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did willfully injure and destroy the works, property and material of a telephone or cable, line, station, system and means of communication used and intended to be used for civil defense functions of the United States, to wit: a fiber optic cable located at or near 4310 S. Macadam Avenue, Portland, Oregon;

In violation of Title 18, United States Code, Section 1362.

## COUNT 4
**(Attempt to Escape from Custody)**
**(18 U.S.C. § 751(a))**

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did knowingly attempt to escape from the custody of an officer of the United States whose custody he was in pursuant to a lawful arrest on a felony charge;

In violation of Title 18, United States Code, Section 751(a).

Dated: November 18, 2026

A TRUE BILL

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JAMES KILCUP, OSB #173891
Assistant United States Attorney